Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the

Western District of Washington

_____ Division

Alonzo Severson
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Donald J. Trump
Defendant

The Trump Organization
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 2:24-cv-01748 JLR
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☒ No

FILED           ENTERED
LODGED          RECEIVED

OCT 25 2024

BY  CLERK AT SEATTLE
    U.S. DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
                          DEPUTY

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

**I.   The Parties to This Complaint**

   **A.   The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Alonzo Severson
   Address: 9400 Rainer Ave S. Apt 540
   City: Seattle   State: WA   Zip Code: 98118
   County: KING
   Telephone Number: 206 785 4147
   E-Mail Address: ajjseverson@gmail.com

   **B.   The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Trump Organization
   Job or Title (if known):
   Address: 725 Fifth Avenue
   City: New York   State: NY   Zip Code: 10022
   County:
   Telephone Number: N/A
   E-Mail Address (if known): press@trumporg.com
   [✓] Individual capacity   [✓] Official capacity

   Defendant No. 2
   Name: Donald John Trump
   Job or Title (if known): Former President of the United States
   Address: 725 Fifth Avenue
   City: New York   State: NY   Zip Code: 10022
   County:
   Telephone Number:
   E-Mail Address (if known):
   [ ] Individual capacity   [ ] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
  Name
  Job or Title *(if known)*
  Address

  |   |   |   |
  |---|---|---|
  | City | State | Zip Code |

  County
  Telephone Number
  E-Mail Address *(if known)*

  ☐ Individual capacity    ☐ Official capacity

Defendant No. 4
  Name
  Job or Title *(if known)*
  Address

  |   |   |   |
  |---|---|---|
  | City | State | Zip Code |

  County
  Telephone Number
  E-Mail Address *(if known)*

  ☐ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

  ☑ Federal officials (a *Bivens* claim)

  ☐ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

  • Intellectual Property Laws Amendment Act 28 of 2013
  • Pro IP Act of 2008
  • 110th Congress Public Law 110-403

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

The Intellectual property stolen by Donald J. Trump and the Trump Organization, made them countless dollars, was used to run for and win a United States President campaign, in the past and attempting to do so again. Make America Great Again is stolen intellectual property.

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

I created an, as I call it, a "BLUEPRINT" for Economic Solutions, which included ideas, diaphragms of inventions, plans for a better future, business creations and names, titles. LOCATION: KING COUNTY JAIL

B. What date and approximate time did the events giving rise to your claim(s) occur?

Created in 2017, in a KING COUNTY JAIL cell record of this should still exist. Stolen, unknown, anytime during or after 2017. Co-Created with Jacob Blodgett.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Was sentenced to prison for abundance of crimes I did not commit. Upon release into homelessness, I observed Donald J. Trump and the Trump Organization, using and abusing said stolen intellectual property for many years, while I struggled to eat, have shelter, and take care of my children. I was released in 2019.

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Extreme Mental Health to this day:
- Extreme Depression
- Extreme Social Anixety
- Anxiety
- Vast amount of Paranoia
- Loss of family and friends due to mental state.

V. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

For crimes of, Intellectual Property Infringement, Copyr Copyright Infringement, Patent Infringement, Trademark Infringement, Design Infringement, Cybersquatting and Biopiracy, I, Alonzo J. Severson, ask for five billion dollars, ($5,000,000,000,000). As well for my pain and suffering.

## VI.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Oct. 22, 2024

Signature of Plaintiff: *[signature]* ULC 1-308

Printed Name of Plaintiff: Alonzo Severson

### B.  For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:
City / State / Zip Code
Telephone Number:
E-mail Address: