UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALONZO J. SEVERSON, | CASE NO. C24-1748JLR |
| Plaintiff, | ORDER |
| v. | |
| TRUMP ORGANIZATION, et al., | |
| Defendants. | |

Before the court is *pro se* Plaintiff Alonzo J. Severson's amended complaint against Defendants Trump Organization and Donald John Trump ("Defendants") (Am. Compl. (Dkt. # 9)). On October 29, 2024, Mr. Severson filed a complaint alleging that Defendants "stole[] intellectual property" from his King County jail cell and used that property "to run for and win [the] United States President campaign[.]" (*See* 1st Compl. (Dkt. # 5) at 4 ("Make America Great Again is stolen intellectual property").) Mr. Severson sought $5 billion in damages for Defendants' alleged intellectual property infringement, copyright infringement, patent infringement, trademark infringement,

1    design infringement, cybersquatting and biopiracy.  (1st Compl. at 1.)  On October 30,

2    2024, the court dismissed Mr. Severson's complaint without prejudice for failing to plead

3    a short and plain statement of his claim showing that he is entitled to relief.  (10/30/24

4    Order (Dkt. # 6) (citing Fed. R. Civ. P. 8(a)(1)-(2)).)  Specifically, from the facts Mr.

5    Severson alleged, the court was unable to determine (1) what Defendants allegedly

6    "stole" or infringed—in other words, how "Make America Great Again" is "stolen"

7    property (1st Compl. at 4); (2) whether Mr. Severson has intellectual property rights or

8    any other legal right to the allegedly stolen property; or (3) how such property was

9    allegedly stolen from his King County jail cell in or after 2017.  (10/30/24 Order at 4.)

10   The court granted Mr. Severson leave to file an amended complaint correcting the

11   identified deficiencies by November 21, 2024.  (*Id.* at 5.)

12        Mr. Severson timely filed an amended complaint on November 21, 2024.  (*See*

13   Am. Compl.)  His amended complaint, however, fails to correct the identified

14   deficiencies.  Like his original complaint, Mr. Severson's amended complaint does not

15   allege any facts explaining:  (1) how "Make America Great Again" is "stolen" property;

16   (2) that Mr. Severson has intellectual property rights or any other legal right to the

17   allegedly stolen property; or (3) how such property was allegedly stolen from his jail cell.

18   (*See generally id.*)  The court warned Mr. Severson that it would dismiss his case with

19   prejudice if he "fail[ed] to file an amended complaint that remedies the deficiencies

20   discussed in" the court's October 30, 2024 order.  (10/30/24 Order at 4.)  Because Mr.

21   Severson's amended complaint fails to provide a "short and plain statement" of his claim

22

showing that he is entitled to relief[,]" the court must dismiss his case.  Fed. R. Civ. P.

8(a).

      For the foregoing reasons, the court DISMISSES Mr. Severson's amended

complaint (Dkt. # 9), and this action, with prejudice.

      Dated this 27th day of November, 2024.

JAMES L. ROBART
United States District Judge